UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:11 CR 361 - 04 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| JAMIE HICKS, | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| Defendant | ) | REFERRAL TO U. S. PROBATION |
| | ) | OFFICE |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Jamie Hicks, which was referred to the Magistrate Judge with the consent of the parties.

On November 22, 2011, the government filed a five-count Superseding Indictment, charging Defendant Hicks with Conspiracy, in violation of Title 18 United States Code, Section 37 and with Passing Counterfeit Obligations, in violation of Title 18 United States Code, Section 472. Defendant Hicks was arraigned on December 6, 2011, and entered a plea of not guilty to Counts 1 and 3 of the Superseding Indictment, before Magistrate Judge Kenneth S. McHargh. On March 28, 2012, Magistrate Judge William H. Baughman, Jr., received Defendant Hick's plea of guilty to Count 1 of the Superseding Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was

issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Hicks is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Hicks is adjudged guilty to Count 1 of the Superseding Indictment, in violation of Title18 United States Code, Section 37, Conspiracy. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on June 18, 2012, at 2:00 p.m., in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

April 17, 2012